UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

REZULIN PRODUCTS LIABILITY LITIGATION
(MDL No. 1348)

This Document Relates to:   All Cases
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MASTER FILE

00 Civ. 2843 (LAK)

**PRETRIAL ORDER NO. 465**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 4/13/09

LEWIS A. KAPLAN, *District Judge.*

    On February 10, 2009, the Court designated this as an ECF case and directed that all future pleadings be filed in accordance with ECF rules. Pretrial Order No. 464.

    It has come to the Court's attention that the Littlepage firm on or about March 27, 2009 attempted to file paper objections to the PEC-PSC motion for counsel fees and other relief and a fee petition of its own, both of which were rejected properly by the Clerk because they failed to comply with the ECF designation.

    The time for filing both of the Littlepage pleadings has expired. The Court nevertheless will entertain a motion by the Littlepage firm to file those documents out of time on a showing that it was justifiably unaware of Pretrial Order No. 464. Any such motion, together with the objections and the petition that were rejected by the Clerk, shall be electronically filed no later than April 20, 2009.

    SO ORDERED.

Dated:    April 13, 2009

                                                   Lewis A. Kaplan
                                            United States District Judge